

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1320-H |
| --- | --- | --- |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| SUMMER LASHAWNDA MULLEN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 9, 2008, within the Southern District of California, defendant SUMMER LASHAWNDA MULLEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Enimia Angulo-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 4/24/08.

KAREN P. HEWITT
United States Attorney

*signature*
CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
4/11/08